**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONE CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-00465-LPS |
| | ) | |
| | ) | JURY TRIAL |
| | ) | DEMANDED |
| THYSSENKRUPP USA, INC., | ) | |
| THYSSENKRUPP ELEVATOR AMERICAS | ) | |
| CORPORATION, | ) | |
| THYSSENKRUPP ELEVATOR CORPORATION, | ) | |
| THYSSENKRUPP ELEVATOR CAPITAL | ) | |
| CORPORATION, | ) | |
| AND | ) | |
| THYSSENKRUPP ELEVATOR | ) | |
| MANUFACTURING CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MICHAEL B. MARION

I, Michael B. Marion, of Washington, D.C., do hereby declare and state as follows:

1. The statements made in this declaration are based upon my personal knowledge and/or upon information made available to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

2. I am an attorney with the law firm Birch, Stewart, Kolasch & Birch, L.L.P., counsel for Plaintiff Kone Corporation. I make this declaration in support of Plaintiff Kone Corporation's Motion for Preliminary Injunction

3. A true and accurate copy of Carl White, EcoMod™ Installations Exceed 300 Units, *Elevator World*, at 54 (Feb. 2009) is attached hereto as Exhibit A.

1

4.  A true and accurate copy of UK Patent Application GB2121748 is attached hereto as Exhibit B. UK Patent Application GB2121748 was cited as prior art against the patent-at-issue, U.S. Patent No. 6,685,002.

5.  A true and accurate copy of KONE EcoMod™: Complete escalator modernization brochure is attached hereto as Exhibit C.

6.  A true an accurate copy of Craig Cooper, *KONE gives lift to old escalators*, Quad-City Times, Feb. 28, 2003, is attached hereto as Exhibit D.

7.  A true and accurate copy of Press Release, ThyssenKrupp Elevator Americas, ThyssenKrupp Elevator Replaces Escalators at Phoenix Sky Harbor Airport in City's Largest Elevator/Escalator Project (Feb. 24, 2011), is attached hereto as Exhibit E.

8.  A true and accurate copy of Amy Kane, *Morgan Post Office: Escalator Replacement Project*, Elevator World (Jan. 2009), is attached hereto as Exhibit F.

9.  A true and accurate copy of excerpts from a ThyssenKrupp PowerPoint Presentation demonstrating the features of the ThyssenKrupp I.MOD elevator modernization product is attached hereto as Exhibit G.

10. A true and accurate copy of a movie uploaded to ThyssenKrupp Elevator America's Facebook Page titled I.MOD Escalator Modernization [HD] at http://www.facebook.com/video/ video.php?v=1857639637912) is attached hereto as Exhibit H.

11. A true and accurate copy of U.S. Patent No. 6,685,002 is attached hereto as Exhibit I.

I, Michael B. Marion, declare, in accordance with 28 U.S.C. § 1746, under

penalty of perjury that the foregoing is true and correct.

Michael B. Marion

Date and location:    June 20th, 2011
Falls Church, Virginia