**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONE CORPORATION,                                )<br>                                                                )<br>                    Plaintiff                        )<br>                                                                )<br>v.                                                          )<br>                                                                )<br>                                                                )<br>                                                                )<br>THYSSENKRUPP USA, INC.,                  )<br>THYSSENKRUPP ELEVATOR AMERICAS   )<br>CORPORATION,                                    )<br>THYSSENKRUPP ELEVATOR,               )<br>CORPORATION,                                    )<br>THYSSENKRUPP ELEVATOR CAPITAL   )<br>CORPORATION,                                    )<br>AND                                                      )<br>THYSSENKRUPP ELEVATOR               )<br>MANUFACTURING CORPORATION        )<br>                                                                )<br>                    Defendants.                     )<br>_____ ) | Case No. 1:11-cv-00465-LPS-CJB<br><br>JURY TRIAL<br>DEMANDED |

**PLAINTIFF KONE CORPORATION'S**
**MOTION FOR LIMITED, EXPEDITED DISCOVERY AND TO**
**SHORTEN TIME FOR DEFENDANTS' DISCOVERY RESPONSES**

Pursuant to the Local Rules of this Court and Federal Rules of Civil Procedure

26(b)(2), 26(d)(1) and 26(f), Plaintiff Kone Corporation (hereinafter "Kone"), moves this

Court to expedite limited discovery and shorten time for defendants' discovery responses

prior to the preliminary injunction hearing from Defendants ThyssenKrupp USA, Inc.,

ThyssenKrupp Elevator Americas Corporation, ThyssenKrupp Elevator Corporation,

ThyssenKrupp Elevator Capital Corporation, and ThyssenKrupp Elevator Manufacturing

Corporation (collectively "Defendants").

In particular, Kone seeks the following relief through this motion:

A.  Service of not more than 10 interrogatories, not more than 10 discovery requests, and not more than 2 deposition (one of which is a 30(b)(6) deposition);

B.  Shorting the time for responding to the discovery requests to 14 days;

C.  Setting deadlines for the above-requested discovery, including a date certain for any motions to compel and completion;

D.  Setting a date certain by which the parties will agree to a protective order or submit briefing to the Court to resolve disputes on a protective order; and

E.  Additional relief as the Court sees fit.

A memorandum of points and authorities accompanies the motion.


Dated: September 2, 2011                    Respectfully submitted,

                                            O'KELLY & ERNST, LLC

                                            */s/ Sean T. O'Kelly*
                                            Sean T. O'Kelly (No. 4349)
                                            O'KELLY & ERNST, LLC
                                            The Brandywine Building
                                            1000 N. West Street, Suite 1200
                                            Wilmington, DE 19801
                                            (302) 295-4905
                                            302) 295-2873 (facsimile)
                                            sokelly@oelegal.com

2

- AND –

Michael K. Mutter
Quentin R. ("Rick") Corrie
Michael B. Marion
BIRCH, STEWART, KOLASCH &
BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747
(703) 205-8000
(703) 205-8050 (facsimile)
*mkm@bskb.com*
*qrc@bskb.com*
*mbm@bskb.com*
*mailroom@bskb.com*


**ATTORNEYS FOR PLAINTIFF
KONE CORPORATION**

3